**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**

| | |
|---|---|
| ERIK SALAIZ, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>FREEDOM DEBT RELIEF, LLC,<br><br>Defendant. | Case No. 3:25-cv-00003-KC |

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FRCP 41(a)(1)(A)(i)**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Erik Salaiz ("Plaintiff"), hereby gives notice to the court that this action is voluntarily dismissed. Defendant Freedom Debt Relief LLC has not served an answer or motion for summary judgment in this action. Accordingly, Plaintiff on his individual behalf notices voluntarily dismissal of this action with prejudice and on behalf of the class without prejudice. With each party to bear its own fees and costs.

Filed: June 17, 2025

Respectfully submitted,

**THE DARWICH LAW FIRM, LLC**

By: /s/ Omar F. Darwich
Omar F. Darwich (Tx Bar No. 24124686)
6090 Surety Dr, #305
El Paso, TX 79905
(915) 671-2221
omar@darwichlegal.com

*Counsel for Plaintiff and the Putative Class*