IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| ERIK SALAIZ, | § | |
| Plaintiff, | § § § | |
| v. | § § | CAUSE NO. EP-25-CV-3-KC |
| FREEDOM DEBT RELIEF, LLC, | § § § | |
| Defendant. | § | |

### ORDER

On this day, the Court considered Plaintiff's Notice of Voluntary Dismissal, ECF No. 13. In accordance with Rule 41(a) of the Federal Rules of Civil Procedure, the Court **ORDERS** that all claims in this case are **DISMISSED** with prejudice.

**IT IS FURTHER ORDERED** that all parties shall pay their own costs and fees.

**SO ORDERED**.

SIGNED this 18th day of June, 2025.

_____
KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE